IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
DARYL DEWAYNE RIGGINS,           *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *      CV 320-053
                                 *
DEANN MORRIS; MITZI HALL; FNU    *
LOMAMI; FNU BROWN; SUSAN OLIVER; *
FNU LINDSEY; TARRA JACKSON;      *
KOCHELLE WATSON; EDGINALD        *
GIBBONS; LAKISHA FRANKLIN;       *
CHABARA DAVIS BRAGG; and ANTOINE *
G. CALDWELL,                     *
                                 *
     Defendants.                 *
```

O R D E R

Before the Court are *pro se* Plaintiff Daryl DeWayne Riggins' motions titled "Motion for Continuance" and "Motion(s) Request(s) for Admission(s) of Riggins Fact(s) and Genuineness of (FNU) Mitzi Hall, D.O.N. Document(s)." (Doc. Nos. 16-17.)

The motion for continuance restates Plaintiff's claims. Regardless, now that Judgment has been entered and a Notice of Appeal has been filed, there are no proceedings for this Court to continue. The motion for continuance (doc. no. 16) is therefore **DENIED AS MOOT**.

The motion for admission of fact contains a request that Defendants admit certain statements included in the motion and a request for free "case records (medical)." As explained in the

Court's December 3, 2020 Order (doc. no. 15), now is not an appropriate time for discovery and neither is Plaintiff entitled to free documents.  See Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012).  Therefore, the motion for admission of fact (doc. no. 17) is **DENIED**.

   **ORDER ENTERED** at Augusta, Georgia, this 10th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE